UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

JEFFREY LUGENBEAL,

     Plaintiff,

    v.

BEST BUY CO., INC., d/b/a GEEK
SQUAD CITY,

     Defendant.

Civil Action No:_____
       `3-14-cv-684-H`

## DEFENDANT'S NOTICE OF REMOVAL

 Defendant Best Buy Stores, LP[1] hereby provides notice of removal of this action to the United States District Court for the Western District of Kentucky, from the Bullitt County Circuit Court, Commonwealth of Kentucky, and states as follows:

 1. Plaintiff filed this action in the Bullitt County Circuit Court Commonwealth of Kentucky, on or about September 10, 2014, claiming hostile work environment, wrongful discharge and retaliation of Plaintiff in violation of the Americans with Disabilities Act (Complaint, pp. 2-3). The Bullitt County Circuit Court docketed the matter as Civil Case No. 14-CI-841.

---

[1] "Best Buy Co, Inc. d/b/a/ Geek Squad City," as named in the Complaint, does not exist. Therefore, that entity was erroneously named as a Defendant in this action. The proper Defendant in this action is Best Buy Stores, LP, which was the employer of Plaintiff.

2.      Defendant was served with the Complaint and Summons on or about September 19, 2014.  A copy of the Complaint and Summons are attached hereto as Exhibits A and B, respectively.  There have been no further proceedings in this case.

3.      Pursuant to 28 U.S.C. § 1441:

(a) … [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4.      Additionally, pursuant to 28 U.S.C. § 1331, the District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5.      The Complaint alleges causes of action under the Americans with Disabilities Act, [42 U.S.C. § 12111 *et seq.*] (Complaint, pp. 2-3).  Therefore, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and this action is removable pursuant to 28 U.S.C. § 1441.

6.      The United States District Court for the Western District of Kentucky is the judicial district embracing the place where this case is pending.  See 28 U.S.C. § 97.

7.      Plaintiff initiated this action in Bullitt County, which is located within this Court's venue.

8.      This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint.  See 28 U.S.C. § 1446(b).

9.      In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibits A and B.

10.      In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed in the Bullitt County Circuit Court on this date.

WHEREFORE, Defendant hereby provides notice that Civil Case No. 14-CI-841 is removed from the Bullitt County Circuit Court, Kentucky, to this Court for all further proceedings.

s/Kevin M. Norris
Kevin M. Norris
Smith and Smith Attorneys
400 North, First Trust Centre
200 South Fifth Street
Louisville, KY  40202
Phone: 502-587-0761
Facsimile: 502-589-5345
Email: kmn@smithandsmithattorneys.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing "Notice of Removal" has been served on October 9, 2014, via Clerk of Court using the CM/ECF system which sends notification of such filing to the following counsel for Plaintiff:

> Michael L. James
> 123 South Seventh Street
> Louisville, KY  40202-2703

> s/Kevin M. Norris
> Kevin M. Norris