UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION


CIVIL ACTION NO. 3:14-CV-00684-JHM-DW

JEFFREY LUGENBEAL,

                              Plaintiff,

         vs.                                          STIPULATION OF DISMISSAL WITH
                                                      PREJUDICE
BEST BUY CO., INC., d/b/a GEEK
SQUAD CITY

                              Defendant.


        Now come the parties to this action, by and through the undersigned counsel, and

stipulate to the dismissal of Plaintiff's Complaint, and all causes of action therein, WITH

PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)((A)(ii).

        Each party is responsible his or its own costs and attorney fees.

        So stipulated, this the 14th day of January, 2016.


By: /s/ Michael L. James                          By: /s/ David L. Woodard
     Michael L. James                                  David L. Woodard
     123 S. Seventh Street                             N.C. State Bar No. 19343
     Louisville, KY 40202                              dwoodard@poynerspruill.com

     ATTORNEY FOR PLAINTIFF                            301 Fayetteville Street, Suite 1900
                                                       P.O. Box 1801 (27602)
                                                       Raleigh, NC 27602-01801
                                                       Telephone:  (919) 783-6400
                                                       Facsimile:  (919) 783-1075

                                                       Kevin M. Norris
                                                       kmn@smithandsmithattorneys.com
                                                       Smith and Smith Attorneys
                                                       200 S. Fifth Street, Suite 400 North
                                                       Louisville, Kentucky 40202
                                                       Phone: (502) 587-0761
                                                       Fax: (502) 589-5345

                                                       ATTORNEYS FOR DEFENDANT


1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

I further certify that I have this day served a copy of the foregoing by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following person at the following address which is the last address known to me:

Michael L. James
123 S. Seventh Street
Louisville, KY 40202

This 14th day of January, 2016.

/s/ David L. Woodard
David L. Woodard